

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-11-00509-CV

COREY THOMPSON                                                    APPELLANT

V.

AMARYLIS ROSADO, DUSTIN                                           APPELLEES
GOULD, AND GREGORY SMITH

------------

### FROM THE 78TH DISTRICT COURT OF WICHITA COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

Appellant Corey Thompson filed his initial brief on March 2, 2012, and we notified him by letter that same date that his brief did not comply with rules of appellate procedure 9.4(h) and 38.1(d), (g), (i), and (k). We directed Thompson to file an amended brief within ten days and explained that failure to do so may result in striking his brief and dismissal of the appeal. Thompson has not

---

[1]See Tex. R. App. P. 47.4.

responded to our notice or filed an amended brief. Accordingly, we strike Thompson's brief and dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a), 38.9(a), 42.3(b), 42.3(c), 43.2(f).

PER CURIAM

PANEL: MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DELIVERED: April 12, 2012